IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV317

|  |  |  |
|---|---|---|
| DAVID FOTIADIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| QUALITY SYSTEMS, INC. and | ) | |
| NEXTGEN HEALTHCARE INFORMATION | ) | |
| SYSTEMS, INC., | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the motion of defendant NextGen Healthcare Information Systems, Inc. to allow **Glenn A. Beard** to appear *Pro Hac Vice*, filed September 15, 2006 [doc. # 7].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Beard has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: September 19, 2006

Graham C. Mullen
United States District Judge