**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:06CV317**

| | | |
|---|---|---|
| DAVID FOTIADIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| QUALITY SYSTEMS, INC. and | ) | |
| NEXTGEN HEALTHCARE | ) | |
| INFORMATION SYSTEMS, INC. | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Having reviewed the

docket in this case, it appears to the Court that the parties have failed to file a Certification and

Report of Initial Attorneys' Conference as required by Local Rule 16.1(A).

**IT IS THEREFORE ORDERED** that the parties file a Certificate of Initial Attorney's

Conference within twenty (20) days from the date of this order.

IT IS SO ORDERED.

Signed: March 19, 2007

Graham C. Mullen
United States District Judge