IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV317**

| | | |
|---|---|---|
| DAVID FOTIADIS, | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| QUALITY SYSTEMS, INC. and | ) | |
| NEXTGEN HEALTHCARE INFORMATION | ) | |
| SYSTEMS, INC., | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the court on its own motion. The parties have jointly filed a Certification and Report of Initial Conference in this case. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, May 2, 2007, at 11:00 a.m.**

IT IS SO ORDERED.

Signed: April 12, 2007

Graham C. Mullen
United States District Judge