IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV317**

| | | |
|---|---|---|
| DAVID FOTIADIS, | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| QUALITY SYSTEMS, INC. and | ) | |
| NEXTGEN HEALTHCARE INFORMATION | ) | |
| SYSTEMS, INC., | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the court on its own motion to re-schedule the Initial Pretrial Conference set for May 2, 2007 [doc. 21]. The Conference is hereby re-scheduled for **Thursday, May 3, 2007, at 11:15 a.m. in Chambers.**

IT IS SO ORDERED.

Signed: April 17, 2007

Graham C. Mullen
United States District Judge