# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:06cv317

| | |
|---|---|
| DAVID FOTIADIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| QUALITY SYSTEMS, INC. and ) | |
| NEXTGEN HEALTHCARE ) | |
| INFORMATION SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' Joint Status Report.

The parties previously notified the Court that the matter had settled during mediation and that a stipulation of dismissal would be filed on or before December 31, 2007. On January 2, 2007, the parties notified the Court that the stipulation of dismissal would be filed on or before January 31, 2008. The parties are notified that no further extensions will be provided and if the stipulation of dismissal is not filed on or before January 31, 2008, the case will be calendared for trial.

**IT IS, THEREFORE, ORDERED** that the parties shall file the stipulation of dismissal on or before January 31, 2008. The parties are notified that no further extensions will be provided and if the stipulation of dismissal is not filed on or before January 31, 2008, the case will be calendared for trial.

Signed: January 4, 2008

Martin Reidinger
United States District Judge